465 A.2d 702

Commonwealth v. Morgan, Appellant.

Reargument Denied Oct. 3, 1983.

Petition for Allowance of Appeal
Denied Feb. 8, 1984.

Submitted March 23, 1983. Alan

Ellis, for appellant; Michael Johnston, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Order affirmed.